IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: November 10, 2014 |
| Court Reporter:    Gwen Daniel | Probation: Michelle Means |
| | Interpreter: Susana Cahill |

_____

| | |
|---|---|
| Criminal Action No.  14-cr-00178-WJM | *Counsel:* |
|                      14-cr-00238-WJM | |
| UNITED STATES OF AMERICA, | Celeste Rangel |
| Plaintiff, | |
| v. | |
| EDUARDO TREJO-NANEZ | Brian Leedy |
| a/k/a Eduardo Vergas-Martinez, | |
| a/k/a Carlos Vargas, | |
| Defendant. | |

_____

**COURTROOM MINUTES**

**SENTENCING HEARING in 14-cr-00178-WJM**
**VIOLATION OF SUPERVISED RELEASE FINAL HEARING in 14-cr-00238-WJM**
_____

SENTENCING HEARING in 14-cr-00178-WJM

02:32 p.m.    Court in Session

Appearances

Defendant is present and in custody

Oath administered to the Interpreter.

Oath administered to the defendant.

1

Sentencing Statement by Ms. Rangel

Sentencing Statement by Mr. Leedy

**ORDERED:** **There being no objection to the motion, the Government's Motion for a Third Point Based on Acceptance of Responsibility [21] is GRANTED.**

The Court addresses the Defendant's Motion for a Variant Sentence [27]

Argument/Discussion

Defendant's Allocution

**ORDERED:** **The defendant's Motion for a Variant Sentence [27] is GRANTED IN PART.**

> Defendant plead guilty to Count One of the Indictment on August 8, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Eduardo Trejo-Nanez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 40 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of Supervised Release shall be imposed. The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

03:17  VIOLATION OF SUPERVISED RELEASE HEARING in 14-cr-00238-WJM

**The caption of 14-cr-00238-WJM is United States of America vs. Eduardo Vargas-Martinez, a/k/a Eduardo Trejo-Nanez.  The Court and counsel will continue to address/refer to the defendant as Mr. Trejo for purposes of this hearing.**

Colloquy between the Court and the defendant.

The defendant confirms that the Petition on Supervised Release and the Supervised Release Violation Report was read and translated into Spanish for him.

Defendant understands and ADMITS to the violation of supervised release.

Defendant advised of the possible penalties and consequences.

Defendant's constitutional rights explained.

Defendant is advised of his right to a hearing.

The Court ACCEPTS the defendant's admission to the violation.

Argument/Discussion

The Court FINDS that the defendant violated the conditions of supervised release.

Defendant waives his right to Allocution.

Based on the finding that the defendant has violated the conditions of supervised release as alleged in the probation officer's Petition, it is

**ORDERED:   That Supervised Release is REVOKED.**

**ORDERED:   Defendant Eduardo Trejo-Nanez is committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine months. Two months of this nine-month sentence shall run consecutive to the custodial sentence imposed in Criminal Case No. 14-cr-00178-WJM; and seven months of this sentence shall run concurrent to the custodial sentence imposed in Criminal Case No. 14-cr-00178-WJM.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in prehearing detention.**

**No further period of supervised release shall be imposed**.

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by admission to the violation charged in the Supervised Release Petition.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:43 p.m.      Court in Recess
                Hearings concluded
                Time for Sentencing:  45 minutes
                Time for Violation of Supervised Release Final Hearing:  26 minutes